UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-20017-CIV-MORENO**

ROBERT THOMAS, JR.,

    Plaintiff,

vs.

MAVERICK ENTERTAINMENT GROUP, INC., a Florida Corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Joint Stipulation of Dismissal with Prejudice **(D.E. 26)**, filed **May 23, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record